**Entered on Docket
March 13, 2008**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**
_____

*Relodge 3/10/08*

WILDE HANSEN, LLP
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

Wells Fargo Bank, N.A. successor by Merger to Wells Fargo Home Mortgage, Inc. fka Norwest Mortgage Inc.
07-71056 / 139407282

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-05-28007-lbr |
| Bryan Willcox and Marisa Willcox | MS Motion No.<br>Date: 12/27/07<br>Time: 10:00 a.m. |
| | Chapter 13 |
| Debtors. | |

### ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, with GREGORY L. WILDE, ESQ. of the law firm of Wilde Hansen, LLP appearing on behalf of Secured Creditor, Frank J. Sorrentino appearing on behalf of Debtor,

argument having been heard, and based upon all the papers and pleadings on file herein and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtor will cure the post-petition arrearages currently due as follows:

| | |
|---|---|
| 5 Monthly Payments at $1,809.15 | $9,045.75 |
| (August 1, 2007- December 1, 2007) | |
| Accrued Late Charges | $1,185.53 |
| Suspense Account Balance | ($ 193.70) |
| Less Funds Received | ($3,300.00) |
| Motion Filing Fee | $ 150.00 |
| Attorneys Fees | $ 750.00 |
| Total Arrearages | $7,637.58 |

The above arrearages shall be paid in six (6) monthly installments of $1,272.94. These payments shall be in addition to the regular monthly payment and shall be due on or before the 20th day of the month commencing with the January 20, 2008 payment and continuing throughout and concluding on or before June 20, 2008.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors and Trustee at least two business days' notice of the time, place and date of sale.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtor shall resume and maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan, beginning with the January 1, 2008 payment, on Secured Creditor's Trust obligation, encumbering the subject Property, generally described as 2919 Paradise Hill Court, North Las Vegas, NV 89031, and legally described as follows:

Lot Eighty Five (85) Block One (1) of NOB HILL TOWNHOMES as shown by Map thereof on file in Book 90 of Plats, page 87, in the office of the County Recorder of Clark County, Nevada.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtors fail to make any payments as stated in this Order, or fail to maintain the regular monthly payments on Secured Creditor's Trust Deed obligation, allowing the normal grace period, then Secured Creditor may file and serve upon Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of Condition. For each such Declaration Re Breach of Condition filed,

1  there shall be assessed an attorney fees of $100.00, to be paid by the Debtors upon any
2  reinstatement. If upon the sixteenth (16th) day Debtors have failed to cure the delinquency, then
3  Secured Creditor may submit to this Court an Order vacating the automatic stay as to Secured
4  Creditor, and Secured Creditor may thereafter proceed with foreclosure proceedings upon the
5  subject Property, pursuant to applicable State Law, and take any action necessary to obtain
6  complete possession thereof.

7        IT IS SO ORDERED this _____ day of _____, 2008.

8  Submitted by:
   WILDE HANSEN, LLP

10 By_____
11     **GREGORY L. WILDE, ESQ.**
       Attorneys for Secured Creditor
12     208 South Jones Boulevard
       Las Vegas, Nevada 89107
13

14 APPROVED AS TO FORM & CONTENT:

15 Rick A. Yarnall                        Frank J. Sorrentino

16 By____*See page 5*_____          By____*See page 4*_____
   Rick A. Yarnall                        Frank J. Sorrentino
17 Chapter 13 Trustee               Attorney for Debtors
   701 Bridger Avenue #820       1118 E. Carson Ave.
18 Las Vegas, NV 89101            Las Vegas, NV 89101

3

of Condition. For each such Declaration Re Breach of Condition filed, there shall be assessed an attorney fees of $100.00, to be paid by the Debtors upon any reinstatement. If upon the sixteenth (16th) day Debtors have failed to cure the delinquency, then Secured Creditor may submit to this Court an Order vacating the automatic stay as to Secured Creditor, and Secured Creditor may thereafter proceed with foreclosure proceedings upon the subject Property, pursuant to applicable State Law, and take any action necessary to obtain complete possession thereof.

IT IS SO ORDERED this _____ day of _____, 2008.

Submitted by:
WILDE HANSEN, LLP

By_____**GREGORY L. WILDE**_____

GREGORY L. WILDE, ESQ.
Attorneys for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED AS TO FORM & CONTENT:

Rick A. Yarnall

By___*See page 5*___

Frank J. Sorrentino

By_____

Rick A. Yarnall
Chapter 13 Trustee
701 Bridger Avenue #820
Las Vegas, NV 89101

Frank J. Sorrentino
Attorney for Debtors
1118 E. Carson Ave.
Las Vegas, NV 89101

4

1 | there shall be assessed an attorney fees of $100.00, to be paid by the Debtors upon any
2 | reinstatement. If upon the sixteenth (16th) day Debtors have failed to cure the delinquency, then
3 | Secured Creditor may submit to this Court an Order vacating the automatic stay as to Secured
4 | Creditor, and Secured Creditor may thereafter proceed with foreclosure proceedings upon the
5 | subject Property, pursuant to applicable State Law, and take any action necessary to obtain
6 | complete possession thereof.
7 | IT IS SO ORDERED this ____ day of _____, 2008.
8 | Submitted by:
  | WILDE HANSEN, LLP
9 |
  | /s/ GREGORY L. WILDE
10 | By_____
11 | **GREGORY L. WILDE, ESQ.**
   | Attorneys for Secured Creditor
12 | 208 South Jones Boulevard
   | Las Vegas, Nevada 89107
13 |
14 | APPROVED AS TO FORM & CONTENT:

15 | Rick A. Yarnall                              Frank J. Sorrentino
16 | By_____          By  See page 4
   | Rick A. Yarnall                              Frank J. Sorrentino
17 | Chapter 13 Trustee                           Attorney for Debtors
   | 701 Bridger Avenue #820                      1118 E. Carson Ave.
18 | Las Vegas, NV 89101                          Las Vegas, NV 89101
19 | 05-28007/Willcox
20 |
21 |
22 |
23 |
24 |
25 |
26 |

5

89